THE STATE OF OHIO, APPELLEE, *v.* WILLIAMS, APPELLANT.

[Cite as *State v. Williams,* 144 Ohio St.3d 247, 2015-Ohio-4537.]

(No. 2014–1884—Submitted October 14, 2015—Decided November 4, 2015.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

KENNEDY, J., dissents.

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath and Frank R. Zeleznikar, Assistant Prosecuting Attorneys, for appellee.

Robey & Robey and Gregory S. Robey, for appellant.